**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| Kamil Job | ) ) | Bankruptcy No. 10 B 49368 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor (s) | ) ) | Judge Eugene R. Wedoff |

To:  See Attached List

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **December 28, 2011,** at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Eugene R. Wedoff in Courtroom 744 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion to Close Chapter 11 Case**, a copy of which is hereby served upon you.  You may appear if you so choose.

> David P. Lloyd
> Grochocinski, Grochocinski and Lloyd, Ltd.
> 1900 Ravinia Place
> Orland Park IL  60462
> (708) 226-2700
> Fax:  (708) 226-9030

**CERTIFICATE OF SERVICE**

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 7th day of December, 2011.

> _____/s/ David P. Lloyd_____
>            David P. Lloyd

**Kamil Job**
**10 B 49368**
**Notice List**

U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

William Serritella
wserritella@agdglaw.com

Francis J. Pendergast
fpendergast@crowleylamb.com

First Commercial Bank
6945 N. Clark St.
Chicago IL  60626

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago IL  60601

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia PA  19114

Advanta Bank Corporation
c/o Resurgent Capital Services
P.O. Box 10368
Greenville SC  29603-0368

B-Line, LLC/MS 550
Attn: Steven Kane
P.O. Box 91121
Seattle WA  98111-9221

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington DE  19850-5145

Citibank, N.A.
701 E. 60th St. North
Sioux Falls SD  57117

Citibank South Dakota NA
Payment Center
4740 121st St.
Urbandale IA  50323

Citicard
Box 6000
The Lakes NV  89163-6000

Citicard
c/o United Recovery Systems
P.O. Box 722910
Houston TX  77272-2910

David R. Brown, Trustee
c/o Springer, Brown
400 S. County Farm Rd., Suite 300
Wheaton IL  60187

Discover Bank
c/o Weltman, Weinberg & Reis
180 N. LaSalle St., Suite 2400
Chicago IL  60601

Equable Ascent Financial LLC
c/o Weltman, Weinberg & Reis
175 S. 3rd St., Suite 900
Columbus OH  43215-5166

Geopool Land Surveyors
c/o United Asset Collections Group
P.O. Box 397
Vero Beach FL  32961

MB Financial Bank, N.A.
c/o Newman, Boyer & Statham
18400 Maple Creek Dr., Suite 500
Tinley Park IL  60477

Nicor
c/o NCO Financial Systems Inc.
P.O. Box 17196
Baltimore MD  21297

The Home Depot
c/o PRO Consulting Services, Inc.
P.O. Box 66768
Houston TX  77266-6768

U.S. Bank, N.A.
c/o Freedman, Anselmo
1807 W. Diehl Rd., Suite 333
Naperville IL  60566-7226

U.S. Bank, N.A.
c/o Codilis & Associates, P.C.
15W030 North Frontage Rd., Suite 100
Burr Ridge IL  60527

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Kamil Job | ) | Bankruptcy No. 10 B 49368 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor (s) | ) | Judge Eugene R. Wedoff |
|  | ) | |

## MOTION TO CLOSE CHAPTER 11 CASE

NOW COME the Debtor, Kamil Job, by and through his attorneys, Grochocinski, Grochocinski and Lloyd, Ltd., and move this honorable Court to close this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on November 3, 2011. The Debtor's Plan was confirmed on October 19, 2011. The Plan provides for payment of a 5% dividend to general unsecured creditors over a five-year period, and modification of certain secured claims that will be amortized over a 30-years period but with a balloon payments on one of the secured claims due in five years.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. The initial payment to general unsecured creditors has been made pursuant to the confirmed Plan.

4. Evidence of the payments of the above will be filed as an exhibit prior to the hearing date of this motion.

5. Said payments constitute substantial consummation of the confirmed Plan and this case should now be closed.

6. Pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code, the Debtor will not be entitled to a discharge until completion of all payments under the Plan. However, judicial economy will not be served by keeping this case open until the five-year period for paying general unsecured claims has passed. In addition, the Debtor should not be required to make quarterly payments to the United States Trustee during the five-year period, in which no action will be required by the Debtor, the Court, or the United States Trustee.

7. The case should be closed in the interest of the Court and all parties, with leave to reopen the case upon completion of payments for the entry of a discharge.

WHEREFORE the Debtor prays that the Court direct the Clerk of the Court to close the case, with leave to reopen the case without payment of a reopening fee for the sole purpose of entering a discharge upon completion of all payments to general unsecured creditors under the confirmed Plan, or otherwise as provided by Section 1141(d)(5).

>Respectfully submitted,
>Kamil Job
>
>By:\_\_\_\_/s/ David P. Lloyd_____
>      One of his attorneys

David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
708-226-2700
Fax:  708-226-9030