UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-49368 |
| Kamil Job | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS CAUSE coming on to be heard on the Debtor's motion to close case, due notice having been given to all parties in interest, and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. A final decree is hereby entered.

2. This Chapter 11 case is hereby closed.

3. The Debtor is granted leave to reopen this Chapter 11 case in order to obtain a discharge after payment of unsecured creditors is complete.

Enter:

/s/ Eugene R. Wedoff

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  December 28, 2011

**Prepared by:**

David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
708-226-2700
Fax: 708-226-9030