**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Kamil Job | ) | Bankruptcy No. 10-49368 |
| | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Judge Deborah L. Thorne |
| | ) | |

To:    See Attached List

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **November 9, 2016,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Judge Deborah L. Thorne in Courtroom 613 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **Motion for Final Decree**, a copy of which is hereby served upon you. You may appear if you so choose.

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

**CERTIFICATE OF SERVICE**

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 6th day of October, 2016.

_____/s/ David P. Lloyd_____
David P. Lloyd

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Holly L Carto     hcarto@llflegal.com
- Jillian S Cole     jcole@taftlaw.com, wserritella@taftlaw.com,sfdocket@shefslylaw.com,cdowd@taftlaw.com
- David E Grochocinski     lawyers@innovalaw.com, lawyers@innovalaw.com
- Jacqueline M Helmrick     jhelmrick@agdglaw.com, wserritella@agdglaw.com
- Ariane Holtschlag     aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- William J. Hurley     whurley@crowleylamb.com, docket@crowleylamb.com;ibenavides@crowleylamb.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd     courtdocs@davidlloydlaw.com
- Francis J. Pendergast     fpendergast@crowleylamb.com, mfarhoud@crowleylamb.com;docket@crowleylamb.com
- Amy Rapoport     agibson@agdglaw.com, wserritella@agdglaw.com;jcole@agdglaw.com

Service List
Job, Kamil
Case 10-49368

B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Citibank, N.A.
701 East 60th Street North
SIOUX FALLS, SD 57104-0493

Grochocinski Grochocinski & Lloyd Ltd
1900 Ravinia Place
Orland Park, IL 60462-3760

MB Financial Bank
c/o Taft Stettinius & Hollister LLP
111 East Wacker
Suite 2800
Chicago, IL 60601-4277

U.S. Bank National Association
One Mid America Plaza
9th Floor
Oakbrook Terrace, IL 60181-4450

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Bank Corporation
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

B-Line, LLC
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Bank USA, N.A.
c/o Kevin W. Mortell
131 S. Dearborn St., Floor 5
Chicago, IL 60603-5517

Citibank
c/o NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850-5889

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citicard
Box 6000
The Lakes, NV 89163-6000

David R. Brown, Trustee
c/o Springer, Brown
400 S. County Farm Rd., Suite 300
Wheaton, IL 60187-4547

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Discover Bank
c/o Weltman, Weinberg & Reis
180 N. LaSalle St., Suite 2400
Chicago, IL 60601-2704

Equable Ascent Financial LLC
c/o Weltman, Weinberg & Reis
175 S. 3rd St., Suite 900
Columbus, OH 43215-5166

FIA Card Services, NA as successor in intere
Bank of America NA and MBNA America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

First Commercial Bank
6945 N. Clark St.
Chicago, IL 60626-3298

Geopool Land Surveyors
c/o United Asset Collections Group
P.O. Box 397
Vero Beach, FL 32961-0397

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

MB Financial Bank
Attn Dustin Ackman
6111 N River Road
Rosemont, IL 60018-5111

MB Financial Bank, N.A.
c/o Newman, Boyer & Statham
18400 Maple Creek Dr., Suite 500
Tinley Park, IL 60477-3016

Nicor
c/o NCO Financial Systems Inc.
P.O. Box 17196
Baltimore, MD 21297-1196

North Community Bank
C/O Martin & Karcazes, Ltd
161 N Clark Street - Suite 550
Chicago, IL 60601-3206

The Home Depot
c/o PRO Consulting Services, Inc.
P.O. Box 66768
Houston, TX 77266-6768

U.S. Bank
P.O. Box 5227
Cincinnati, OH 45202-5227

U.S. Bank
c/o Crowley & Lamb
350 N. LaSalle St., Suite 900
Chicago, IL 60654-5136

```
U.S. Bank National Association        U.S. Bank National Association              U.S. Bank, N.A.
One Mid America Plaza                 William J Hurley III c/o Crowley & Lamb     c/o Codilis & Associates, P.C.
9th Floor                             350 N LaSalle St., Ste 900                  15W030 North Frontage Rd., Ste 100
Oakbrook Terrace, Illinois 60181-4450 Chicago, IL 60654-5136                      Burr Ridge, IL 60527-6921


U.S. Bank, N.A.                       United Recovery Systems                     Ariane Holtschlag
c/o Freedman, Anselmo                 P.O. Box 722910                             Law Office of William J. Factor, Ltd.
1807 W. Diehl Rd., Suite 333          Houston, TX 77272-2910                      105 W. Madison, Suite 1500
Naperville, IL 60563-1890                                                         Chicago, IL 60602-4602
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Kamil Job | ) | Bankruptcy No. 10-49368 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtors | ) | Judge Deborah L. Thorne |
|  | ) | |

## MOTION FOR FINAL DECREE

NOW COME the Debtor, Kamil Job, by and through their attorney, David P. Lloyd, and move this honorable Court to grant the debtor discharge due to completion of his Chapter 11 case, and in support thereof state as follows:

1. The Debtors filed a voluntary Chapter 11 petition on November 3, 2010. The Debtor's Plan was confirmed on October 19, 2011. The Plan provides for payment of a 5% dividend to general unsecured creditors over a five-year period, payment of secured claims in full with interest, and payment of a priority claim in full over five years from the order for relief.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All payments to general unsecured creditors have been made pursuant to the confirmed Plan.

4. Evidence of the payments of the above is attached to this motion.

5. Said payments constitute consummation of the confirmed Plan and this case should now be closed.

6. Pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code, the Debtor is entitled to a discharge due to completion of all payments under the Plan.

WHEREFORE the Debtors pray that the Court direct the Clerk of the Court to entering a discharge under the confirmed Plan, or otherwise as provided by Section 1141(d)(5).

        Respectfully submitted,
        Kamil Job


        By:_____/s/ David P. Lloyd_____
             His attorney


David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265