UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Kamil Job<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 10-49368<br><br>Chapter: 11<br>Honorable Deborah L. Thorne |

## FINAL DECREE

THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree and entry of discharge and to close case, due notice having been given to all parties in interest, and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. A final decree is hereby entered.

2. The Debtor is granted discharge. The Debtor having entered into a loan modification agreement with M.B. Financial Bank, N.A., the secured claim of M.B. Financial Bank, N.A., is not discharged.

3. This Chapter 11 case is closed.

Enter:

/s/ Deborah L. Thorne
United States Bankruptcy Judge

Dated: 12/13/2016

**Prepared by:**
David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265

Rev: 20151029_bko