| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **Kamil Job** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name   Middle Name   Last Name |

Social Security number or ITIN **xxx–xx–3572**

EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _

EIN  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court **Northern District of Illinois**

Case number: **10–49368**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Kamil Job

<u>December 14, 2016</u>

**For the court:**    <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

    **For more information, see page 2 >**

Form 3180RI                **Individual Chapter 11 Discharge**                page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-49368-DLT
Kamil Job                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 2          Date Rcvd: Dec 14, 2016
                            Form ID: 3180RI      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
```
db          +Kamil Job,    520 W. Meadow,    Lombard, IL 60148-1534
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
16671607    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank South Dakota NA,    DBA,    4740 121st St,
               Urbandale, IA 50323)
16376000    +Chase Bank USA, N.A.,    c/o Kevin W. Mortell,    131 S. Dearborn St., Floor 5,
               Chicago, IL 60603-5517
16376003    +David R. Brown, Trustee,    c/o Springer, Brown,    400 S. County Farm Rd., Suite 300,
               Wheaton, IL 60187-4547
16376006    +First Commercial Bank,    6945 N. Clark St.,    Chicago, IL 60626-3298
16376007    +Geopool Land Surveyors,    c/o United Asset Collections Group,    P.O. Box 397,
               Vero Beach, FL 32961-0397
16399387    +MB Financial Bank,    Attn Dustin Ackman,    6111 N River Road,    Rosemont, IL 60018-5111
16376010    +MB Financial Bank, N.A.,    c/o Newman, Boyer & Statham,    18400 Maple Creek Dr., Suite 500,
               Tinley Park, IL 60477-3016
17079686    +North Community Bank,    C/O Martin & Karcazes, Ltd,    161 N Clark Street - Suite 550,
               Chicago, IL 60601-3206
16376013    +U.S. Bank,    c/o Crowley & Lamb,    350 N. LaSalle St., Suite 900,    Chicago, IL 60654-5136
17075066    +U.S. Bank National Association,    William J Hurley III C/O Crowley & Lamb,
               350 N LaSalle St., Ste 900,    Chicago, IL 60654-5136
17075061    +U.S. Bank National Association,    One Mid America Plaza,    9th Floor,
               Oakbrook Terrace, Illinois 60181-4450
16376016    +U.S. Bank, N.A.,    c/o Freedman, Anselmo,    1807 W. Diehl Rd., Suite 333,
               Naperville, IL 60563-1890
16376017    +U.S. Bank, N.A.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Rd., Ste 100,
               Burr Ridge, IL 60527-6921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16399386     EDI: MERRICKBANK.COM Dec 15 2016 01:48:00     Advanta Bank Corp,    PO Box 8088,
               Philadelphia, PA 19101
16459642     EDI: MERRICKBANK.COM Dec 15 2016 01:48:00     Advanta Bank Corporation,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
17418051     EDI: RESURGENT.COM Dec 15 2016 01:48:00     B-Line, LLC,    P.O. Box 91121,    Dept. 550,
               Seattle, WA 98111-9221
17132477     EDI: RESURGENT.COM Dec 15 2016 01:48:00     B-Line, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
16535179     EDI: CHASE.COM Dec 15 2016 01:48:00     Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
16376001     E-mail/Text: bankruptcydepartment@tsico.com Dec 15 2016 02:29:02     Citibank,
               c/o NCO Financial Systems,    P.O. Box 15889,    Wilmington, DE 19850-5889
17621877    +EDI: CITICORP.COM Dec 15 2016 01:48:00     Citibank, N.A.,    701 East 60th Street North,
               Sioux Falls, SD 57104-0493
16376002     EDI: CITICORP.COM Dec 15 2016 01:48:00     Citicard,    Box 6000,    The Lakes, NV 89163-6000
16376004    +E-mail/Text: BKRMailOps@weltman.com Dec 15 2016 02:27:16     Discover Bank,
               c/o Weltman, Weinberg & Reis,    180 N. LaSalle St., Suite 2400,    Chicago, IL 60601-2704
16376005     E-mail/Text: BKRMailOps@weltman.com Dec 15 2016 02:27:16     Equable Ascent Financial LLC,
               c/o Weltman, Weinberg & Reis,    175 S. 3rd St., Suite 900,    Columbus, OH 43215-5166
16991459    +EDI: BANKAMER.COM Dec 15 2016 01:48:00     FIA Card Services, NA as successor in interest to,
               Bank of America NA and MBNA America Bank,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
16376008     E-mail/Text: rev.bankruptcy@illinois.gov Dec 15 2016 02:26:59
               Illinois Department of Revenue,    Bankuptcy Section Level 7-425,    100 W. Randolph Street,
               Chicago, IL 60601
16627205     EDI: IRS.COM Dec 15 2016 01:48:00     Department of Treasury,    Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA 19114
16376011    +E-mail/Text: bankruptcydepartment@tsico.com Dec 15 2016 02:29:02     Nicor,
               c/o NCO Financial Systems Inc.,    P.O. Box 17196,    Baltimore, MD 21297-1196
16376012     E-mail/Text: bankruptcy@proconsrv.com Dec 15 2016 02:26:47     The Home Depot,
               c/o PRO Consulting Services, Inc.,    P.O. Box 66768,    Houston, TX 77266-6768
16376014     EDI: USBANKARS.COM Dec 15 2016 01:48:00     U.S. Bank,    P.O. Box 5227,
               Cincinnati, OH 45202-5227
16376018     EDI: URSI.COM Dec 15 2016 01:48:00     United Recovery Systems,    P.O. Box 722910,
               Houston, TX 77272-2910
                                                                                              TOTAL: 17
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16665437*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank South Dakota NA,    Payment Center,    4740 121st St,
                Urbandale, IA 50323)
16376009*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
                P. O. Box 21126,    Philadelphia, PA 19114)
16376015*     U.S. Bank,    P.O. Box 5227,    Cincinnati, OH 45202-5227
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                   Date Rcvd: Dec 14, 2016
                              Form ID: 3180RI             Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
                                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
```
              Amy  Rapoport     on behalf of Creditor    MB Financial Bank agibson@agdglaw.com,
               wserritella@agdglaw.com;jcole@agdglaw.com
              Ariane  Holtschlag    on behalf of Debtor 1 Kamil   Job aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              David E Grochocinski    on behalf of Debtor 1 Kamil   Job lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David P Lloyd     on behalf of Debtor 1 Kamil   Job courtdocs@davidlloydlaw.com
              Francis J. Pendergast, III    on behalf of Creditor    U.S. Bank National Association
               fpendergast@crowleylamb.com,   mfarhoud@crowleylamb.com;docket@crowleylamb.com
              Holly L Carto    on behalf of Creditor    Waterfall Olympic Master Fund Grantor Trust, Series II
               hcarto@llflegal.com
              Jacqueline M Helmrick    on behalf of Creditor    MB Financial Bank jhelmrick@agdglaw.com,
               wserritella@agdglaw.com
              Jillian S Cole    on behalf of Creditor    MB Financial Bank jcole@taftlaw.com,
               wserritella@taftlaw.com,sfdocket@shefslylaw.com,cdowd@taftlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William J. Hurley, III    on behalf of Creditor    U.S. Bank National Association
               whurley@crowleylamb.com,   docket@crowleylamb.com;ibenavides@crowleylamb.com
                                                                                                TOTAL: 10
```